Gaetane Physical Therapy, P.C., as Assignee of MANUEL DELVA, Appellant,
against
Kemper Auto & Home Ins. Co., Respondent.



Appeal from an order of the Civil Court of the City of New York, Kings County (Pamela L. Fisher, J.), entered November 27, 2013. The order denied plaintiff's motion to restore the action to the trial calendar.




ORDERED that the order is affirmed, with $25 costs.
For the reasons stated in Gaetane Physical Therapy, P.C., as Assignee of Manuel Delva v Kemper Auto & Home Ins. Co. (___ Misc 3d ___, 2016 NY Slip Op _____ [appeal No. 2014-936 K C], decided herewith), the order is affirmed.
Pesce, P.J., Weston and Solomon, JJ., concur.
Decision Date: March 01, 2016